UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| TERRANCE D. IVORY | * | CIVIL ACTION NO. 15-2022 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| M. L. SMITH, JR. L.L.C. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that the same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the "Motion for Partial Dismissal Pursuant to Rule 12(b)(6)" [Doc. No. 6] filed by Defendant M. L. Smith, Jr. L.L.C., is hereby GRANTED, and Plaintiff's claims for breach of contract and detrimental reliance are DISMISSED WITH PREJUDICE. Plaintiff's claims of racial discrimination remain pending.

MONROE, LOUISIANA, this 15th day of December, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE